UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAURIE KREIDER and KEITH KREIDER, *individual and as wife and husband*, | : : : |
| Plaintiffs, | : : |
| v. | : No. 5:22-cv-00047 : |
| LM GENERAL INSURANCE COMPANY, | : : |
| Defendant. | : |

# O R D E R

**AND NOW**, this 30th day of March, 2022, upon consideration Defendant's Motion to Strike, ECF No. 5, Plaintiffs' response thereto, ECF Nos. 9 and 10, Defendant's reply, ECF No. 11, and for the reasons set forth in the Court's Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

Defendant's Motion, ECF No. 5, is **GRANTED in part** and **DENIED in part** as follows:

    a.    Defendant's motion is **GRANTED** with respect to Plaintiffs' demand for attorneys' fees and costs in paragraph forty-four (44) of the Complaint. Plaintiffs' demand for "costs incurred in pursuing the claim, additional attorneys' fees, court costs, expert witness fees, deposition costs, and other related expenses" is **STRICKEN** from paragraph forty-four (44) of the Complaint.

    b.    Defendant's motion is **DENIED** with respect to the remaining allegations that Defendant seeks to have stricken.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge