UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAURIE KREIDER and KEITH KREIDER, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | 5:22-cv-0047 |
| | : | |
| LM GENERAL INSURANCE COMPANY, | : | |
| Defendants. | : | |

# **O R D E R**

**AND NOW**, this **9th day of November, 2022,** it having been reported that the parties have settled the above-captioned action, pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, pursuant to agreement of counsel, without costs.  Pursuant to Rule 41.1(b), the Court will retain jurisdiction for ninety (90) days from the above date, for the purpose of enforcing the agreement.

GEORGE V. WYLESOL, Clerk of Court

By: /s/ Diane J. Abeles
    Diane J. Abeles, Civil Deputy Clerk
    The Honorable Joseph F. Leeson, Jr.
    Diane_J_Abeles@paed.uscourts.gov